Eric H. Findlay
(SBN: 00789886)
efindlay@findlaycraft.com
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy, Suite 101,
Tyler, TX 75703
903/534-1100
903/534-1137 (fax)

Attorney for Plaintiff
KELLY MICHEALS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY MICHAELS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GOOGLE INC,<br><br>　　　　Defendant. | Case No.  C 12-02034 JCS<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 (a)(1)** |

TO THE HONORABLE JUDGE OF SAID COURT:

I.

**PLEASE TAKE NOTICE** that Plaintiff KELLY MICHAELS ("Plaintiff") pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action *without prejudice* as to Defendant Google Inc.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

**(a)  Voluntary Dismissal.**

　　**(1) By the Plaintiff.**

　　　　**(A)** *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

**(i)** a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment

\*          \*          \*

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Dated: May 16, 2012                 By:   */s/ Eric H. Findlay*_____
                                          Eric H. Findlay
                                          State Bar No. 00789886
                                          Findlay Craft, LLP
                                          6760 Old Jacksonville Hwy
                                          Suite 101
                                          Tyler, TX  75703
                                          (903) 534-1100
                                          (903) 534-1137 FAX
                                          efindlay@findlaycraft.com

                                          ATTORNEY FOR PLAINTIFF
                                          KELLY MICHAELS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this **NOTICE OF VOLUNTARY DISMISSAL**, *via* the Court's CM/ECF system per Local Rule CV-5-5(b) on this the 16th day of May 2012.

                                          */s/ Eric H. Findlay*
                                          Eric H. Findlay